IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERCIA,

    Plaintiff/Appellee,

                            No. 1:09-cr-01044-JEC-1

MARIO MONCAYO,

    Defendant/Appellant.

## **ORDER**

THIS MATTER having come before the Court upon Mario Moncayo's Motion for leave to Proceed on Appeal Without Prepayment of Costs or Fees, and the Court being fully advised;

**IT IS ORDERED** that the motion is hereby granted and Mario Moncayo may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE